Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone: (626) 685-9800
Facsimile: (626) 685-9808
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06-3507 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| JACQUELINE GILBERT, individually, and HARVEY STENSON, spouse,<br><br>　　　　　　　Plaintiffs,<br>　　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, JAQUELINE GILBERT, individually, and HARVEY STENSON, spouse and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009        By: _/s/ Hector G. Gancedo_
　　　　　　　　　　　　　　　　Hector G. Gancedo

Attorneys for Plaintiffs, Jaqueline Gilbert and Harvey Stenson

-1-

1
2     DATED: June 2, 2009     By: _____
3
              DLA PIPER LLP (US)
              1251 Avenue of the Americas
4             New York, NY 10020
              Telephone: (212) 335-4500
5             Facsimile: (212) 335-4501
              *Defendants' Liaison Counsel*
6
7
8
9     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
10
11
      Dated: June 5, 2009
12                                    Hon. Charles R. Breyer
                                      United States District Judge
13
                                      IT IS SO ORDERED
14                                    Judge Charles R. Breyer
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**